No. 249. PERRY *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Herman L. Taylor* and *Samuel S. Mitchell* for petitioner. *Malcolm B. Seawell,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 250. GOULD, DOING BUSINESS AS ROBERT GOULD Co., *v.* LAKE ET AL. C. A. 7th Cir. Certiorari denied. *Robert S. Marx* and *Roy G. Holmes* for petitioner. *Clarence W. Heyl* and *Robert G. Day* for respondents.

No. 254. ROCK CREEK PLAZA, INC., *v.* ZIMMERMAN, COMMISSIONER OF THE FEDERAL HOUSING ADMINISTRATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward Bennett Williams* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.

No. 260. ROGERS ET AL. *v.* DOUGLAS TOBACCO BOARD OF TRADE, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Norman M. Littell* and *Frederick Bernays Wiener* for petitioners. *William Simon* for respondents.

No. 266. CENTRAL STATES DRIVERS COUNCIL ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Previant* and *David Leo Uelmen* for petitioners. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Herman M. Levy* for respondent.